

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00069-CV

**IN RE ESTATE OF JOHN WILLIAM MUELLER**, Deceased

From the County Court, Atascosa County, Texas
Trial Court No. 7702
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion issued this date, the judgment of the trial court is VACATED without regard to the merits and this cause is REMANDED to the trial court for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d). It is ORDERED that costs of the appeal are taxed against the parties who incurred them.

SIGNED August 21, 2019.

_____
Liza A. Rodriguez, Justice